FILED 2010 FEB 23 AM 10:30 NORTHERN BANKRUPTCY COURT DISTRICT OF OHIO CLEVELAND

ORIGINAL

# 149851
Cl. No. 117

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | ) | Case No. 05-95974(M) |
| | ) | |
| ROBERT M. KRUEGER and | ) | Chapter 7 |
| BARBARA J. KRUEGER, | ) | |
| | ) | |
| Debtor(s) | ) | Judge: Pat E. Morgenstern-Clarren |

## TRANSMITTAL OF UNCLAIMED FUNDS

Marvin A. Sicherman, trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| | | |
|---|---|---|
| Claim No. 2 | Kaufmanns<br>P.O. Box 66955<br>St. Louis, MO 63166 | $16.36 |
| Claim No. 10 | Bank of America, N.A.<br>P.O. Box 26012<br>NC4-105-03-14<br>Greensboro, NC 27420 | $79.83 |
| Claim No. 11 | Bank of America, N.A.<br>(same as above) | $158.75 |
| Claim No. 12 | Bank of America, N.A.<br>(same as above) | $73.74 |

2. Your trustee's check for $328.68 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: February 17, 2010

_____
Marvin A. Sicherman, Trustee

cc: United States Trustee